UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

**Carol McNamee individually and on behalf of all others similarly situated,**

                                **Plaintiff,**

    v.

**Sunrise Credit Services, Inc.**

        **Jury Demanded**

                                **Defendant.**

No. 18 cv 2251

CLASS ACTION

_____

# STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice and without attorney fees or costs to either party.

**S/ Joseph Mauro**                          4/1/2019
Joseph M. Mauro                          Date
306 McCall Ave.
West Islip, NY 11795
Attorney for Plaintiff

**S/ Kenneth M. Labbate**               4/1/2019
Mound Cotton Wollan & Greengrass
One Battery Park Plaza
New York, NY 10004
Attorney for Defendant